Dismissed; Opinion issued November 28, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01071-CV

## ERNEST FRANKLIN, FRANKLIN BRIDGE, INC., DIANA LOMAS, ROSIE VASQUEZ, AND JOSE VASQUEZ, Appellants

### V.

## IGNITE HOLDINGS, LTD., AND STREAM SPE, LTD., Appellees

**On Appeal from the 14th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-06049**

## MEMORANDUM OPINION

Before Justices Richter, Lang-Miers, and Myers

The Court has before it the parties' November 20, 2012 joint motion to dismiss appeal with prejudice. In the motion, the parties state they have reached a settlement agreement and ask that the appeal be dismissed. We **GRANT** the motion and **DISMISS** the appeal. *See* TEX. R. APP. P. 42.1(a).

PER CURIAM

121071F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

ERNEST FRANKLIN, FRANKLIN
BRIDGE, INC., DIANA LOMAS, ROSIE
VASQUEZ, AND JOSE VASQUEZ,
Appellants

No. 05-12-01071-CV      V.

IGNITE HOLDINGS, LTD. AND STREAM
SPE, LTD., Appellees

Appeal from the 14th Judicial District Court
of Dallas County, Texas. (Tr.Ct.No. DC-12-
06049).
Opinion delivered per curiam before Justices
Richter, Lang-Miers, and Myers.

    Based on the Court's opinion of this date, this appeal is **DISMISSED**. Appellees are
**ORDERED** to recover their costs of this appeal from appellants, unless the parties' agreement
provides otherwise.

Judgment entered November 28, 2012.

_____
MARTIN RICHTER
JUSTICE